ANTHONY R. LOPEZ, a Professional Corporation
LAW OFFICES LOPEZ & ASSOCIATES                JS-6
ANTHONY R. LOPEZ, CASBN 149653
9025 Wilshire Blvd., Suite 500
Beverly Hills, California 90211
Telephone: (310)276-4700
Facsimile:(310)861-0509

Attorney for Plaintiff APODACA PROMOTIONS, INC.,

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

321 North Spring Street, Los Angeles, CA 90012

| | |
|---|---|
| APODACA PROMOTIONS, INC., | **Case No. CV09-08566 VBF(JCx)** |
| Plaintiff | **PERMANENT INJUNCTION** |
| vs. | |
| JOHN ROBERT NUCCIO, CHWC INC. doing business as CRAZY HORSE, LOUIS ROMO, EDWIN BUSTAMANTE, JACQUELINE PALOMINO, ERICK CARIO and DOES 1 to 5 | |
| Defendants. | |

1

**[PROPOSED] PERMANENT INJUNCTION**

The parties having stipulated to entry of this Permanent Injunction against Defendant, John Robert Nuccio, Defendant, CHWC INC. doing business as CRAZY HORSE, Defendant DOE 1, Phillip Cartel and Defendant DOE 2, Hector Olguin (collectively referred to as "Defendants") and this court having considered the stipulation of the parties, the file in this matter and good cause appearing:

IT IS HEREBY ORDERED

    1.    Defendants and all of their respective agents, servants, employees, officers, and representatives, promoters and all other persons acting in concert or participation with each of them, shall be and hereby are forever restrained and enjoined from directly or indirectly infringing in any manner any of Plaintiff's trademark, service mark and name, including without limitation the following:

        (a)    Using the name "La Sonora Dinamita" or any confusing similar or colorable imitation of the name, in connection with advertising in any form, or in connection with the goods or services of Defendants;

        (b)    Using the name "La Sonora Dinamita" or any confusing similar colorable imitation of the name, in any manner for the purpose of enhancing the commercial value of the goods or services of Defendants;

        (c)    Otherwise infringing or diluting the distinctive quality of Plaintiff's service mark and trade name "La Sonora Dinamita";

        (d)    Causing a likelihood of confusion, deception or mistake as to the makeup, source, nature or quality of Plaintiff's or Defendants' services.

        (e)    Contacting promoters, advertisers or other businesses for the purpose of offering the services of the Defendants as "La Sonora Dinamita" or any confusing similar or colorable imitation of the name.

    2.    Defendants have been properly and validly served with a copy of the Summons and Complaint in this action, and is subject to the jurisdiction of

the Court.  Defendants, permanently, irrevocably, and fully waive any right to contest service on them of the Summons and Complaint in this action, and further acknowledge that they are subject to the jurisdiction of this Court, including for enforcement of the Judgment and Permanent Injunction as to any and all conduct by Defendant in violation of the Judgment and Permanent Injunction.

3.  Defendants permanently, irrevocably, and fully waive notice of entry of the Judgment and Permanent Injunction and notice and service of the entered Judgment and Permanent injunction, and understand and agree that violation of the Judgment and Permanent Injunction will expose Defendants to all penalties provided by law, including for contempt of Court.  Defendants agree forthwith to give notice of this Judgment and  Permanent Injunction to all of her agents, servants, employees, assigns, partners, owners, alter egos, affiliates, all entities through which they conduct business, representatives, promoters, successors, licensees, and all those acting in concert or participation with each or any of them.

4.  Defendants permanently, irrevocably, and fully waive any and all right to appeal the Judgment and Permanent Injunction, to have it vacated or set aside, to seek or obtain a new trial thereon, or otherwise to attack in any way, directly or collaterally, its validity or enforceability.

5.  Nothing contained in the Judgment and Permanent Injunction shall limit the right of  Plaintiff to recover damages for any and all violations or infringements by Defendants of any of Plaintiff's rights under state, federal, international, or foreign law occurring after the date Defendants execute this Stipulation to Judgment and Permanent Injunction.

6.  Defendants acknowledge that Defendants have read this Stipulation to Judgment and Permanent Injunction; and the attached [Proposed] Judgment and Permanent Injunction, have the opportunity to have them explained by counsel of Defendants' choosing, fully understand them and agree to be bound thereby, and will not deny the truth or accuracy of any term or provision herein.

7. Plaintiff shall not be required to post any bond or security, and Defendants permanently, irrevocably, and fully waive any right to request a bond or any other security.

8. The Court shall maintain continuing jurisdiction over this action for the purpose of enforcing this final Judgment and Permanent Injunction.

Dated: December 28, 2009

*Valerie Baker Fairbank*
UNITED STATES DISTRICT JUDGE

---

4
**[PROPOSED] PERMANENT INJUNCTION**