ANTHONY R. LOPEZ, a Professional Corporation
LAW OFFICES LOPEZ & ASSOCIATES
ANTHONY R. LOPEZ, CASBN 149653
9025 Wilshire Blvd., Suite 500
Beverly Hills, California 90211
Telephone: (310)276-4700
Facsimile:(310)861-0509

Attorney for Plaintiff APODACA PROMOTIONS, INC.,

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

321 North Spring Street, Los Angeles, CA 90012

| | |
|---|---|
| APODACA PROMOTIONS, INC., | **Case No. CV09-08566 PA(FMOx)** |
| Plaintiff | |
| vs. | **PERMANENT INJUNCTION AGAINST ERICK CARIO** |
| JOHN ROBERT NUCCIO, CHWC INC. doing business as CRAZY HORSE, LOUIS ROMO, EDWIN BUSTAMANTE, JACQUELINE PALOMINO, ERICK CARIO and DOES 1 to 5 | |
| Defendants. | |

1
**PERMANENT INJUNCTION**

The parties having stipulated to entry of this Permanent Injunction against Defendant Erick Cario (referred to as "Defendant") and this court having considered the stipulation of the parties, the file in this matter and good cause appearing:

IT IS HEREBY ORDERED:

1. Defendant and all of his respective agents, servants, employees, officers, and representatives, promoters and all other persons acting in concert or participation with each of them, shall be and hereby are forever restrained and enjoined from directly or indirectly infringing in any manner any of Plaintiff's trademark, service mark and name, including without limitation the following:

    (a) Using the name "La Sonora Dinamita", or any confusing similar or colorable imitation of the name, in connection with advertising in any form, or in connection with the goods or services of Defendant;

    (b) Using the name "La Sonora Dinamita", or any confusing similar colorable imitation of the name, in any manner for the purpose of enhancing the commercial value of the goods or services of Defendant;

    (c) Otherwise infringing or diluting the distinctive quality of Plaintiff's service mark and trade name "La Sonora Dinamita";

    (d) Causing a likelihood of confusion, deception or mistake as to the makeup, source, nature or quality of Plaintiff's or Defendant's services.

    (e) Contacting promoters, advertisers or other businesses for the purpose of offering the services of the Defendant as "La Sonora Dinamita", or any confusing similar or colorable imitation of the name.

2. Defendant has been properly and validly served with a copy of the Summons and Complaint in this action, and is subject to the jurisdiction of the Court. Defendant permanently, irrevocably, and fully waives any right to

contest service on them of the Summons and Complaint in this action, and further acknowledges that he is subject to the jurisdiction of this Court, including for enforcement of the Judgment and Permanent Injunction as to any and all conduct by Defendant in violation of the Judgment and Permanent Injunction.

3. Defendant permanently, irrevocably, and fully waives notice of entry of the Judgment and Permanent Injunction and notice and service of the entered Judgment and Permanent injunction, and understands and agrees that violation of the Judgment and Permanent Injunction will expose Defendant to all penalties provided by law, including for contempt of Court.  Defendant agrees forthwith to give notice of this Judgment and  Permanent Injunction to all of his agents, servants, employees, assigns, partners, owners, alter egos, affiliates, all entities through which they conduct business, representatives, promoters, successors, licensees, and all those acting in concert or participation with each or any of them.

4. Defendant permanently, irrevocably, and fully waives any and all right to appeal the Judgment and Permanent Injunction, to have it vacated or set aside, to seek or obtain a new trial thereon, or otherwise to attack in any way, directly or collaterally, its validity or enforceability.

5. Nothing contained in the Judgment and Permanent Injunction shall limit the right of  Plaintiff to recover damages for any and all violations or infringements by Defendant of any of Plaintiff's rights under state, federal, international, or foreign law occurring after the date Defendant executes this Stipulation to Judgment and Permanent Injunction.

6. Defendant acknowledges that Defendant has read this Stipulation to Judgment and Permanent Injunction; and the attached [Proposed] Judgment and Permanent Injunction, has the opportunity to have them explained by counsel of Defendant's choosing, fully understands them and agrees to be bound thereby, and will not deny the truth or accuracy of any term or provision herein.

///

7. Plaintiff shall not be required to post any bond or security, and Defendant permanently, irrevocably, and fully waives any right to request a bond or any other security.

8. The Court shall maintain continuing jurisdiction over this action for the purpose of enforcing this final Judgment and Permanent Injunction.

Dated: April 29, 2010

_____
UNITED STATES DISTRICT JUDGE

4
**PERMANENT INJUNCTION**